D. Scott Carruthers, Esq. (SBN 68745)
Erfan S. Shariat, Esq.  (SBN 320330)
D. SCOTT CARRUTHERS, APLC
8448 Katella Avenue/PO Box 228
Stanton, California 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976
Fax: (714) 761-1754

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOPEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. SCOTT CARRUTHERS, APLC;<br>AND DOES 1 THROUGH 10,<br>INCLUSIVE,<br>　　　　Defendant(s) | CASE NO.: 1:19-CV-00269-DAD-SKO<br><br>**DEFENDANT D. SCOTT CARRUTHERS APLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

**COMES NOW** Defendant, D. SCOTT CARRUTHERS, APLC., hereinafter referred to as DSC, and does hereby answer the Complaint on file herein as follows:

1. As to Paragraphs 5, 6, 12, and 13 of the Complaint, Defendant lacks sufficient knowledge or belief as to the truth of the allegations and, on that basis, deny the allegations therein.

2. As to Paragraph 7-11, 14, and 15 of the Complaint, Defendant does not dispute the allegations therein.

3. As to the Prayer for Relief, Defendants are not required to respond to same.  However, to the extent Plaintiff's Prayer for relief asserts allegations, Defendant(s) deny each and every allegation therein.

///

///

**AFFIRMATIVE DEFENSES**

1. The Complaint and each of its claims alleged therein do not state facts sufficient to constitute a claim against Defendant(s) upon which relief may be granted.

2. Any recovery against Defendant(s), if any, must be reduced to the extent Plaintiff has failed to mitigate, minimize or avoid damages for which recovery is sought herein.

3. Plaintiff's claims against Defendant(s) may be barred or limited, in whole or in part, by the doctrine of waiver, unclean hands, laches and/or estoppel.

4. Plaintiff's causes of action are barred by the doctrine of consent or by virtue of the fact that Plaintiff willingly and knowingly communicated with Defendant(s).

5. Plaintiff's causes of action are barred by the application of statutes of limitation.

6. Plaintiff's causes of action are barred by accord and satisfaction.

7. Plaintiff's causes of action are barred by the doctrine of release.

8. Any recovery against Defendant(s), if any, must be reduced to the extent Plaintiff owed money which was the basis of the debt being collected.

9. Plaintiff's causes of action are barred against Defendant(s) because they had a good faith belief in the validity of the claims being asserted against Plaintiff.

10. The alleged actions of Defendant(s) were proper and did not violate any provision of 15 U.S.C. § 1692 et seq.

11. The alleged actions of the Defendant(s) were proper and did not violate any provision of the California Rosenthal Act, California Civil Code § 1788 et seq.

12. At all times mentioned in the Complaint, Defendant(s) acted lawfully and within legal rights with a good faith belief in the exercise of the right, and in furtherance of a legitimate business purpose.  Further, Defendant(s) acted in good faith in the honest belief that the acts, conduct and communications, if any, of Defendant(s) were justified under the circumstances base upon information reasonably available.

13. Assuming arguendo that Defendant(s) violated a statute alleged in the Complaint, which proposition Defendant(s) deny, such a violation was not intentional and resulted from a

bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

14. At all times mentioned in the Complaint, Defendant(s) maintained reasonable procedures created to prevent any type of intentional violations of the Fair Debt Collection Practices Act.

15. The alleged actions of the Defendant(s) were not accompanied by actual malice, intent or harm or injure and/or ill will to or toward Plaintiff.

16. Defendant(s) alleges that if Plaintiff was damaged in any sum or the sum alleged, which damage Defendant(s) denies, Plaintiff's damages are limited by and to those provided for by U.S.C. § 1692k(a), and each of its sub-parts.

17. Any damages suffered by Plaintiff, were caused by or contributed to by the conduct of Plaintiff and/or their agents, servants, employees, or representatives, and therefore Plaintiff's claims for damages, if any, which is expressly denied, are barred by or must be reduced by the percentage of fault attributable to Plaintiff.

18. Any injury or damage suffered or sustained by Plaintiff, or each of them, was in whole or in part proximately caused by persons or entities other than Defendant(s).

19. Plaintiff's damages, if any, were caused by intervening and/or supervening causes, and were not caused by Defendant(s).

20. Any liability of Defendant(s), which is expressly denied, is solely vicarious, imputed. Or imposed by law. Plaintiff's damages, if any, which are expressly denied, must be reduced by the percentage of fault attributable to the acts or omissions of all other persons, whether or not such persons are parties.

21. Plaintiff's claims are barred or reduced by the doctrine of offset.

22. Defendant(s) alleges that if Plaintiff was damaged in any sum or the sums alleged, which damage Defendant(s) expressly denies the Plaintiff's damages are limited by those in California Civil Code §1788.30(a) and §1788.30(b).

23. Defendant(s) reserves the right to allege and assert any and all additional and/or further affirmative defenses as become apparent to Defendant the course of this litigation.

**WHEREFORE** Defendant(s) pray for judgment as follows:

**1.** That Plaintiff take nothing by way of the Complaint;

**2.** That Defendant(s) be awarded costs as allowed by law;

**3.** For such other and further relief as the Court deems proper.

## JURY DEMAND

Defendant demands a jury trial.

Dated: March 12, 2019

                                         **D. SCOTT CARRUTHERS, APLC**

                                         *D. SCOTT CARRUTHERS*

                                         D. Scott Carruthers, Esq.

                                         Attorney for Defendant(s)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the City of Stanton, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 8448 Katella Avenue/PO Box 228, Stanton, California 90680. On March 12, 2019, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED:
DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT

SERVED UPON:         SEE ATTACHED LIST

**[X]**   (**BY MAIL**) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Stanton, California. I am readily familiar with the practice of D. Scott Carruthers, APLC for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

**[]**   (**BY E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[]**   (**BY FEDERAL EXPRESS**) I caused such envelope(s) to be delivered via Federal Express to the addresses(s) designated in the attached list.

**[]**   (**BY PERSONAL SERVICE**) I delivered to an authorized courier or driver authorized by First Legal Support Services to receive documents to be delivered on the same date. A proof of service signed by the authorized courier shall be filed upon receipt from First Legal Support Services.

**[X]**   (**STATE**) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 12, 2019,** at Stanton, California.

*ERFAN SHARIAT*
**Erfan S. Shariat, Esq.**

**SERVICE LIST**

NICHOLAS MICHAL WAJDA
11400 W. OLYMPIC BLVD.
SUITE 200
LOS ANGELES CA 90064

Attorney for Plaintiff

ANSWER TO COMPLAINT