UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

LUIS LOPEZ,

Plaintiff(s),

v.

D. SCOTT CARRUTHERS APLC,
Defendant(s).

Case No. 1:19-cv-00269-DAD-SKO

**FILED**
MAR 1 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I, JOSEPH S. DAVIDSON, attorney for LUIS LOPEZ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Sulaiman Law Group, Ltd |
| Address: | 2500 South Highland Avenue, Suite 200 |
| City: | Lombard |
| State: | IL    ZIP Code: 60148 |
| Voice Phone: | (630) 575-8181 x116 |
| FAX Phone: | (630) 575-8188 |
| Internet E-mail: | jdavidson@sulaimanlaw.com |
| Additional E-mail: | jsharon@sulaimanlaw.com |
| I reside in City: | Itasca    State: Illinois |

I was admitted to practice in the State of Illinois _____(court)

on May 6, 2010 _____(date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:           Nicholas M. Wajda

Firm Name:      Wajda Law Group, APC

Address:        11400 West Olympic Boulevard, Suite 200M

City:           Los Angeles

State:          CA    ZIP Code: 90064

Voice Phone:    (310) 997-0471

FAX Phone:      (866) 286-8433

E-mail:         nick@wajdalaw.com

Dated: 3/18/2019     Petitioner: /s/ Joseph S. Davidson

**ORDER**

IT IS SO ORDERED.

Dated: __3/18/19__

_/s/ Sheila K. Oberto_
JUDGE, U.S. DISTRICT COURT