UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>D. SCOTT CARRUTHERS APLC<br><br>   Defendant. | No. 1:19-cv-00269-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 28) |

   On November 25, 2019, Plaintiff filed an amended stipulation dismissing the action without prejudice. (Doc. 28.)   In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 26, 2019**          /s/ *Sheila K. Oberto*          
                                     UNITED STATES MAGISTRATE JUDGE